A. C. SCHULTES & SONS, ET ALS., PLAINTIFFS-RESPOND-
ENTS, v. LAYNE-NEW YORK COMPANY, INC., DEFEND-
ANT-PETITIONER.

*Messrs. Perskie & Perskie,* for the petitioner.

*Mr. Lynwood Lord* and *Mr. John Milton,* for the respond-
ents.

September 10, 1951.   Granted.

WASHINGTON CONSTRUCTION CO., INC., PLAINTIFF-RE-
SPONDENT, v. MICHAEL SPINELLA, DEFENDANT-
PETITIONER.

See same case below: 13 *N. J. Super.* 139.

*Mr. Louis Santorf,* for the petitioner.

*Messrs. Feder & Rinzler,* for the respondent.

September 10, 1951.   Granted.